# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

THEODIS BROWN, SR.,      )
                                )
        Plaintiff(s),      )
                                )
      v.                     )      No. 4:11-CV-1134-MLM
                                )
UNBEKNOWN OBJECTORS,     )
                                )
        Defendant(s).     )

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this <u>1st</u> day of July, 2011.


                                /s/ Jean C. Hamilton
                                UNITED STATES DISTRICT JUDGE